# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

H. Eugene Hudson, Respondent,

v.

Mary Lee Hudson, Petitioner.

Appellate Case No. 2014-001347

--------

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

--------

Appeal From Horry County
Timothy H. Pogue, Family Court Judge

--------

Opinion No. 27584
Heard September 22, 2015 – Filed October 28, 2015

--------

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

--------

Carolyn R. Hills, of Hills & Hills, PC, and Nicole Nicolette Mace, of The Mace Law Firm, both of Myrtle Beach, for Petitioner.

Charles D. Lee, III, of McLaren & Lee, of Columbia and E. Windell McCrackin, of McCrackin Barnett & Richardson, L.L.P., of Myrtle Beach, both for Respondent.

--------

**PER CURIAM:**   We granted certiorari to review the court of appeals' opinion in *Hudson v. Hudson*, 408 S.C. 76, 757 S.E.2d 727 (Ct. App. 2014).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, KITTREDGE and HEARN, JJ., concur.**
**BEATTY, J., concurring in result only.**